**No. 11-5892. Gary Yoder, Petitioner v. St. Mary's Hospital (Tucson).**

565 U.S. 938, 132 S. Ct. 421, 181 L. Ed. 2d 252, 2011 U.S. LEXIS 7250.

October 11, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeals of Arizona, Division One, dismissed. See Rule 39.8.